THE STATE OF OHIO, APPELLANT, *v.* ROSARIO, APPELLEE.

[Cite as *State v. Rosario,* 144 Ohio St.3d 428, 2015-Ohio-4536.]

(No. 2014–1174—Submitted September 1, 2015—Decided November 4, 2015.)

———

{¶ 1} The cause is dismissed, sua sponte, as having been improvidently accepted.

O'CONNOR, C.J., and PFEIFER, O'DONNELL, LANZINGER, KENNEDY, FRENCH, and O'NEILL, JJ., concur.

———

Timothy J. McGinty, Cuyahoga County Prosecuting Attorney, and Mary H. McGrath, T. Allen Regas, and Frank R. Zeleznikar, Assistant Prosecuting Attorneys, for appellant.

Robert L. Tobik, Cuyahoga County Public Defender, and Cullen Sweeney, Assistant Public Defender, for appellee.